Richard K. Gustafson II (SBN 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  866.339.1156
Fax: 312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff Joseph Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Joseph Page,<br><br>    Plaintiff,<br><br>v.<br><br>The Best Service Company,<br><br>    Defendant. | Case No. 2:10-cv-8796-VBK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Richard K. Gustafson II
Richard K. Gustafson II (Bar No. 193914)
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff Joseph Page*

Notice of Dismissal- 1

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2011, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

The Best Service Company
10780 Santa Monica Blvd., Suite 140
Los Angeles, CA 90025

/s/ Richard K. Gustafson II